**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.    **CV 16-2147-JFW (AFMx)**                                        Date: December 29, 2016

Title:    Klauber Brothers, Inc. -v- J.C. Penney Company, Inc., et al.

---

**PRESENT:**

      **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**      **ATTORNEYS PRESENT FOR DEFENDANTS:**
      None                                                                                              None

**PROCEEDINGS (IN CHAMBERS):**    ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER

      In the Court's Scheduling and Case Management Order ("CMO"), the Court set December 19, 2016 as the last day to conduct a Settlement Conference. The parties have violated the Court's CMO by failing to complete the Settlement Conference by the Court-ordered deadline of December 19, 2016.

      Accordingly, the parties are ordered to show cause in writing by **January 3, 2017** why the Court should not impose sanctions in the amount of $1,500.00 against lead counsel for each of the parties for their violation of the Court's CMO. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the imposition of sanctions.

      IT IS SO ORDERED.

Initials of Deputy Clerk __sr__

(Rev. 4/20/16)